WILLIAM J. LAFFERTY (No. 120814)
JEREMY T. KAMRAS (No. 237377)
REBECCA M. KAHAN (No. 244423)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910
E-mail:    wlafferty@howardrice.com

Attorneys for Chapter 11 Trustee KYLE EVERETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL J. SCHNEIDER,<br><br>Debtor. | Case No. 06-50441-MM<br><br>Chapter 11 Case |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Appellant,<br><br>v.<br><br>MICHAEL J. SCHNEIDER,<br><br>Debtor-in-Possession. | Case No. 07-00219-RMW<br><br>Date:    July 13, 2007<br>Time:    9:00 AM<br>Location:    San Jose Division, Ctrm. 6<br>Judge:    Hon. Ronald M. Whyte |

**DECLARATION OF WILLIAM J. LAFFERTY IN SUPPORT OF CHAPTER 11 TRUSTEE'S MOTION TO DISMISS**

I, William J. Lafferty, declare as follows:

1. I am an attorney at law, licensed to practice in this State and admitted to practice before this Court. I am a director of the law firm Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation ("Howard Rice"), bankruptcy counsel to Kyle Everett, the Chapter 11 Trustee in the above-captioned putative appeal ("Appeal"). Except where otherwise stated, I make this declaration from personal knowledge and could, if called as a witness, competently testify to the matters set forth herein.

2. I make this Declaration in support of the Chapter 11 Trustee's Motion To Dismiss Appeal ("Motion"), submitted herewith.

3. On November 13, 2006, the Trustee filed his Motion To Authorize Sale (Kings Beach Properties), Including Interests Of Certain Co-Owners, Free And Clear Of Liens And Interests, pursuant to Section 363 of the Bankruptcy Code, by which the Trustee sought to have the Bankruptcy Court approve the sale of the Kings Beach Properties. On the same day, the Trustee also filed his Motion To Assume And Assign Leases (Kings Beach Properties), by which the Trustee sought to have the Bankruptcy Court approve the Trustee's plan to assume the estate's interest as lessor under certain leases of the Kings Beach Properties and to assign the leases to the purchaser of the Kings Beach Properties. On January 5, 2007, the Bankruptcy Court granted both motions.

4. According to the docket, on January 10, 2007, the then-dissolved Official Committee of Unsecured Creditors ("Creditors' Committee") purported to file its notice of appeal from the Bankruptcy Court's orders regarding the sale of the Kings Beach Properties and assumption and assignment of related leases.

5. Having reviewed the docket and to the best of my knowledge and belief, the now-dissolved Creditors' Committee has neither designated the record nor taken any other steps to perfect the Appeal.

1  6.  To the best of my knowledge and belief, the now-dissolved Creditors' Committee has neither appealed its dissolution, nor, since its dissolution, otherwise purported to take any action in the bankruptcy case from which the Appeal purportedly arises.

I declare under penalty of perjury of the laws of the United States of America and the State of California that the foregoing is true and accurate in all respects and that this declaration was executed on May 25, 2007, at San Francisco, California.

>  /s/
> WILLIAM J. LAFFERTY