| | |
|---|---|
| 1 | WILLIAM J. LAFFERTY (No. 120814) |
| 2 | JEREMY T. KAMRAS (No. 237377)<br>REBECCA M. KAHAN (No. 244423) |
| 3 | HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN |
| 4 | A Professional Corporation<br>Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California 94111-4024<br>Telephone: 415/434-1600 |
| 6 | Facsimile: 415/217-5910<br>E-mail: wlafferty@howardrice.com |
| 7 | Attorneys for Chapter 11 Trustee KYLE EVERETT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL J. SCHNEIDER,<br><br>    Debtor. | Case No. 06-50441-MM<br><br>Chapter 11 Case |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Appellant,<br><br>    v.<br><br>MICHAEL J. SCHNEIDER,<br><br>    Debtor-in-Possession. | Case No. 07-00219-RMW<br><br>Date: July 13, 2007<br>Time: 9:00 AM<br>Location: San Jose Division, Ctrm. 6<br>Judge: Hon. Ronald M. Whyte |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF<br>CHAPTER 11 TRUSTEE'S MOTION TO DISMISS**

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS APPEAL      07-00219-RMW

Kyle Everett, the Chapter 11 Trustee in the above-captioned putative appeal ("Appeal"), hereby requests that this Court, pursuant to Federal Rule of Evidence 201 and Federal Rule of Bankruptcy Procedure 9017, take judicial notice of the following documents in connection with the Chapter 11 Trustee's Motion To Dismiss Appeal:

1.   Chapter 7 Involuntary Petition against Michael J. Schneider, filed below on March 24, 2006 (Bankruptcy Court Docket No. 1).

2.   Consent to Order For Relief filed below on March 28, 2006 (Bankruptcy Court Docket No. 5).

3.   Order Granting Motion to Appoint Trustee Kyle Everett, filed below on April 7, 2006 (Bankruptcy Court Docket No. 17).

4.   Order Converting Case to Chapter 11, entered below on April 12, 2006 (Bankruptcy Court Docket No. 20).

5.   Notice of Appointment of Creditors' Committee, filed below on August 22, 2006 (Bankruptcy Court Docket No. 233).

6.   First Amended Appointment of Creditors' Committee, filed below on September 22, 2006 (Bankruptcy Court Docket No. 292).

7.   Second Amended Appointment of Creditors' Committee, filed below on November 17, 2006 (Bankruptcy Court Docket No. 406).

8.   Motion to Sell Property Free and Clear: Chapter 11 Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests; Supporting Memorandum of Points and Authorities, filed below on November 13, 2006 (Bankruptcy Court Docket No. 397).

9.   Declaration of Kyle Everett in Support of Chapter 11 Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests; Supporting Memorandum of Points and Authorities, filed below on November 13, 2006 (Bankruptcy Court Docket No. 398).

10.   Declaration of David Bruening in Support of Chapter 11 Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

and Clear of Liens and Interests; Supporting Memorandum of Points and Authorities, filed below on November 13, 2006 (Bankruptcy Court Docket No. 399).

11. Declaration of Andre Simone in Support of Chapter 11 Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests; Supporting Memorandum of Points and Authorities, filed below on November 13, 2006 (Bankruptcy Court Docket No. 400).

12. Motion to Assume Lease or Executory Contracts: Chapter 11 Trustee's Motion to Assume and Assign Leases (Kings Beach Properties); Supporting Memorandum of Points and Authorities, filed below on November 13, 2006 (Bankruptcy Court Docket No. 402).

13. Declaration of Steven Kent Brown in Support of Chapter 11 Trustee's Motion to Assume and Assign Leases (Kings Beach Properties); Supporting Memorandum of Points and Authorities, filed below on November 13, 2006 (Bankruptcy Court Docket No. 404).

14. Opposition to Proposed Sale of Real Property (Kings Beach Properties), filed below on November 27, 2006 (Bankruptcy Court Docket No. 438).

15. Chapter 11 Trustee's Reply to Opposition by Committee to Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests, filed below on December 4, 2006 (Bankruptcy Court Docket Nos. 456).

16. Declaration of Kyle Everett in Support of Chapter 11 Trustee's Reply to Opposition by Committee to Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests, filed below on December 4, 2006 (Bankruptcy Court Docket No. 457).

17. Declaration of David Bruening in Support of Chapter 11 Trustee's Reply to Opposition by Committee to Trustee's Motion to Authorize Sale (Kings Beach Properties), Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests, filed below on December 4, 2006 (Bankruptcy Court Docket No. 458).

18. Declaration of William J. Lafferty in Support of Chapter 11 Trustee's Reply to Opposition by Committee to Trustee's Motion to Authorize Sale (Kings Beach Properties),

Including Interests of Certain Co-Owners, Free and Clear of Liens and Interests, filed below on December 4, 2006 (Bankruptcy Court Docket No. 459).

19. Official Transcript of the December 11, 2006, 11:30 a.m. hearing in the case below (Bankruptcy Court Docket No. 505).

20. Order on Chapter 11 Trustee's Motion to Assume and Assign Leases (Kings Beach Properties, entered below on January 5, 2007 (Bankruptcy Court Docket No. 518).

21. Order Granting Motion to Sell Property Free and Clear of Liens and Co-Owner's Interest (Kings Beach Properties), entered below on January 5, 2007 (Bankruptcy Court Docket No. 519).

22. Notice of Dissolution of Committee of Unsecured Creditors, filed below on January 9, 2007 (Bankruptcy Court Docket No. 527).

23. Notice of Appeal to District Court, filed below on January 10, 2006 (Bankruptcy Court Docket No. 528).

24. Ex Parte Motion to Stay Pending Appeal, filed below on January 10, 2007 (Bankruptcy Court Docket No. 531).

25. Chapter 11 Trustee's Opposition to Creditors' Committee's Ex Parte Motion for Stay of Orders Pending Appeal, filed below on January 11, 2006 (Bankruptcy Court Docket No. 535).

26. Declaration of Steven Kent Brown in Support of Chapter 11 Trustee's Opposition to Creditors' Committee's Ex Parte Motion for Stay of Orders Pending Appeal, filed below on January 11, 2006 (Bankruptcy Court Docket No. 536).

27. Order Denying Ex Parte Motion to Stay Pending Appeal, entered below on January 17, 2007 (Bankruptcy Court Docket No. 548).

28. Notice of Filing of Bankruptcy Appeal and Order Setting Status Conference, entered herein on January 16, 2006 (District Court Docket No. 2).

29. District Court Docket as of May 25, 2007.

30. Civil Minutes, entered herein on April 20, 2007.

"A court shall take judicial notice if requested by a party and supplied with the

necessary information" (Fed. R. Evid. 201(d)) that the facts subject to the request are "not subject to reasonable dispute" (Fed. R. Evid. 201(b)).  Such facts include transcripts of the proceedings (*see Sandpiper Vill. Condo. Assoc. v. Louisiana-Pacific Corp.*, 428 F.3d 831, 837 n.4 (9th Cir. 2005)) and documents filed in the course of the proceedings (*Weinstein's Federal Evidence* §201.12[3] (2006)).

DATED:  May 25, 2007.

Respectfully,

HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
    WILLIAM J. LAFFERTY

Attorneys for Chapter 11 Trustee KYLE EVERETT